ACCEPTED
03-15-00644-CV
7692155
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/5/2015 8:44:27 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00644-CV

_____

**IN THE THIRD COURT OF APPEALS
AT AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/5/2015 8:44:27 AM
JEFFREY D. KYLE
Clerk

_____

**KEYSTONE RV COMPANY,**
*Plaintiff*,

**v.**

**TEXAS DEPARTMENT OF MOTOR VEHICLES,**
*Defendant*.

_____

**DEFENDANT TEXAS DEPARTMENT OF MOTOR VEHICLES'
ORIGINAL ANSWER**

_____

**KEN PAXTON**
**Attorney General of Texas**

**CHARLES E. ROY**
**First Assistant Attorney General**

**JAMES E. DAVIS**
**Deputy Attorney General for**
**Civil Litigation**

**DAVID A. TALBOT, JR.**
**Chief, Administrative Law Division**

**DENNIS M. MCKINNEY**
**Assistant Attorney General**
**State Bar No. 13719300**
**OFFICE OF THE TEXAS ATTORNEY GENERAL**
**ADMINISTRATIVE LAW DIVISION**
**P.O. Box 12548**
**Austin, Texas   78711-2548**
**Telephone:  (512) 475-4020**
**Facsimile:   (512) 320-0167**
**dennis.mckinney@texasattorneygeneral.gov**
*Attorneys for Defendant*

TO THE HONORABLE JUSTICES OF THE COURT:

Defendant, the Texas Department of Motor Vehicles Board ("Defendant"), by and through the Office of the Attorney General of Texas and the undersigned Assistant Attorney General, and file this Original Answer in response to Plaintiff's Petition for Judicial Review. In support thereof, Defendant would show the Court as follows:

## I.
## GENERAL DENIAL

Defendant Texas Department of Motor Vehicles denies each and every allegation contained in Plaintiff's Petition for Judicial Review, and demands strict proof thereof.

## II.
## AFFIRMATIVE DEFENSE

Defendant Texas Department of Motor Vehicles pleads the affirmative defense of sovereign immunity to the extent that any portion of Plaintiff's claim is barred thereby.

## III.
## PRAYER

Defendant Texas Department of Motor Vehicles prays that the Court, upon final hearing, enter a final judgment that Plaintiff take nothing by way of this suit, that all court costs be taxed against Plaintiff, and for such other and further relief to which Defendant Texas Department of Motor Vehicles may be entitled.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

*/s/Dennis M. McKinney*
DENNIS M. MCKINNEY
Assistant Attorney General
State Bar No.13719300
Office of the Attorney General of Texas
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4020
Facsimile:   (512) 320-0167
dennis.mckinney@texasattorneygeneral.gov
**Attorneys for Defendant**

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on this the **5th day of November, 2015** on the following:

Christopher J. Lowman       **VIA Electronic Service**
The Lowman Law Firm
One Allen Center
500 Dallas Street, Suite 3030
Houston, Texas 77002-4705
chris@lowmanlaw.com
*Attorney for Plaintiff*

*/s/ Dennis M. McKinney*
Dennis M. McKinney
Assistant Attorney General

4